UNITED STATES of America, Plaintiff–Appellee,

v.

Samuel Robert QUEEN, Jr., a/k/a Fat Sammy, Defendant–Appellant.

No. 12–6390.

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 19, 2012.

Samuel Robert Queen, Jr., Appellant Pro Se. Jonathan Biran, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Robert Queen, Jr., appeals the district court's order denying his motion to correct clerical mistakes. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United*

*States v. Queen,* No. 1:93–cr–00369–JFM–1 (D.Md. Feb. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*